**FILED**
CLERK, U.S. DISTRICT COURT

9/9/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:24-CR-00533-JFW |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1343: Wire Fraud; 18 U.S.C. § 1957(a): Transactional Money Laundering] |
| JOHN ROBERT LEAKE, | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1343]

A.   INTRODUCTORY ALLEGATIONS

    1.   At times relevant to this Information, defendant JOHN
ROBERT LEAKE resided in Los Angeles in Los Angeles County,
California.

B.   SCHEME TO DEFRAUD

    2.   Beginning no later than in or about June 2015, and
continuing through at least in or about January 2020, in Los Angeles
County, within the Central District of California, and elsewhere,
defendant LEAKE knowingly and with the intent to defraud devised and
executed a scheme to defraud victims as to material matters, and to

1  obtain money and property from victims by means of materially false

2  and fraudulent pretenses, representations, and promises, and the

3  concealment of material facts.

4      3.    The scheme to defraud operated, in substance, as follows:

5          a.   Defendant LEAKE would solicit funds from victims by

6  falsely claiming that he was participating in multiple lucrative

7  business ventures, including the subleasing of luxury real estate

8  properties and real estate investing.  Defendant LEAKE would offer

9  the victims the opportunity to loan him funds for him to invest in

10  these purported ventures generally in exchange for a high fixed rate

11  of return.  In fact, as defendant LEAKE then knew, the investment

12  opportunities in the business ventures defendant LEAKE promoted to

13  the victims were often fabricated and non-existent and were devised

14  by defendant LEAKE to defraud the victims and deceive them into

15  providing defendant LEAKE with their funds.

16          b.   To persuade and induce the victims to loan funds to

17  him purportedly for him to invest, defendant LEAKE would often

18  falsely claim that he was personally investing large amounts of his

19  own money in the business ventures he promoted to the victims.  In

20  fact, defendant LEAKE hardly ever invested his personal funds in the

21  purported business ventures.

22          c.   To persuade and induce the victims to loan him funds,

23  defendant LEAKE would also often fraudulently offer to personally

24  guarantee return of the victims' loans and provide them promissory

25  notes purporting to memorialize defendant LEAKE's promise to repay

26  the victims at a fixed rate of interest (the "Promissory Notes").

27  Defendant LEAKE falsely told victims that he was very successful in

28  his business ventures and had accumulated substantial personal assets

1  and income.  In fact, as defendant LEAKE then knew, he lacked

2  sufficient personal assets and income to repay the victims pursuant

3  to the Promissory Notes.

4         d.   After receiving the victims' funds, defendant LEAKE

5  would often not use the funds for any of the investment purposes for

6  which the funds had been provided to him by the victims.  Instead,

7  defendant LEAKE would use some of the victims' funds to pay for

8  defendant LEAKE's personal expenses, including paying his credit card

9  bills, car payments, rent, and gambling expenses.

10        e.   In order to continue his fraudulent scheme and prevent

11 his victims from discovering the fraud, defendant LEAKE would often

12 use some of the victims' funds to lull the victims by making

13 purported "interest" and "capital" payments on the Promissory Notes.

14 Defendant LEAKE did not use his personal funds to make these

15 payments.

16        f.   In order to further and conceal his fraudulent scheme,

17 defendant LEAKE would also conceal from the victims the material

18 facts that he used victims' funds for unauthorized purposes,

19 including payments of defendant LEAKE's personal expenses and

20 payments on the Promissory Notes.

21 C.  USE OF THE WIRES

22      4.   On or about July 11, 2018, in Los Angeles County, within

23 the Central District of California, and elsewhere, defendant LEAKE,

24 for the purpose of executing the above-described scheme to defraud,

25 transmitted and caused to be transmitted by means of wire

26 communication in interstate commerce an email sent by defendant LEAKE

27 from his personal email address to an email address controlled by

28 Victim B.  This email contained a purported escrow agreement and bank

check that defendant LEAKE fraudulently used to deceive Victim B into believing that defendant LEAKE was engaged in the purchase of certain real property located in Costa Rica and to persuade Victim B to provide money to defendant LEAKE for investment in that property.

1        COUNT TWO

2      [18 U.S.C. § 1957(a)]

3   5.  The United States Attorney realleges paragraphs 1 and 3 of

4 this Information here.

5   6.  On or about July 12, 2018, in Los Angeles County, within

6 the Central District of California, defendant JOHN ROBERT LEAKE

7 engaged in a monetary transaction in and affecting interstate

8 commerce in a value greater than $10,000, and involving funds that he

9 knew to be criminally derived property, which funds, in fact, were

10 derived from specified unlawful activity, that is, wire fraud, in

11 violation of Title 18, United States Code, Section 1343, as charged

12 in Count One of this Information, namely, the wire transfer of

13 $24,762.46 from a personal checking account held by defendant LEAKE

14 with Wells Fargo Bank, N.A. ("Wells Fargo") with the account number

15 ending #0789 to a business checking account controlled by defendant

16 LEAKE and held in the name of Pack Holdings Group LLC, with Wells

17 Fargo with the account number ending #5761.

18           E. MARTIN ESTRADA
            United States Attorney

19

20

21           MACK E. JENKINS
            Assistant United States Attorney

22           Chief, Criminal Division

23           KRISTEN A. WILLIAMS
            Assistant United States Attorney

24           Chief, Major Frauds Section

25           JAMES C. HUGHES
            Assistant United States Attorney

26           Major Frauds Section

27

28